**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6323**

_____

RAYFORD KNIGHT,

                              Plaintiff - Appellant,

          versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-98-
2530-L)

_____

Submitted:  May 25, 2000          Decided:  June 6, 2000

_____

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Rayford Knight, Appellant Pro Se. John Francis Purcell, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rayford Knight appeals the district court's order denying relief on his motion for return of property. We dismiss the appeal for lack of jurisdiction. Knight did not sign his notice of appeal. Instead, another inmate signed it. The notice of appeal signed by someone other than Knight did not confer jurisdiction on this court. See Covington v. Allsbrook, 636 F.2d 63 (4th Cir. 1980). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED